UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF DAIKIN APPLIED AMERICAS INC., <br><br> Plaintiff, <br><br> v. <br><br> BARA INFOWARE, INC., et al., <br><br> Defendants. | Case No. 17-cv-06010-JSC <br><br> **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL** <br><br> Re: Dkt. No. 13 |

Plaintiff has advised the Court that this case has settled and it seeks dismissal of this action. As no defendant has answered the complaint or moved for summary judgment, Plaintiff may dismiss the case without an order from the court. Fed. R. Civ. P. 41(a)(1)(i). Accordingly, the Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge